1  MCGREGOR W. SCOTT
   United States Attorney
2  DEBORAH LEE STACHEL, CA 230138
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELLINOR R. CODER, CA 258258
4  Special Assistant United States Attorney
   160 Spear Street, Suite 800
5  San Francisco, California 94105
   Telephone: (415) 977-8955
6  Facsimile: (415) 744-0134
   E-Mail: Ellinor.Coder@ssa.gov
7
   Attorneys for Defendant
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DANIEL RYAN FAVREAU HAIGHT,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 1:18-cv-01353-JDP<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Andrew Saul, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Office of Hearing Operations will remand the case to an Administrative Law Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the evidence of record. The parties further request that the Court direct the Clerk of the Court to

STIPULATION TO REMAND

enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted this 15th day of July 2019.

           */s/ Melissa Newel\**
           MELISSA NEWEL
           Attorney for Plaintiff
           *\*Authorized by email on July 15, 2019*

           MCGREGOR W. SCOTT
           United States Attorney
           DEBORAH LEE STACHEL
           Regional Chief Counsel, Region IX
           Social Security Administration

By:   */s/ Ellinor R. Coder*
       ELLINOR R. CODER
       Special Assistant United States Attorney

       Attorneys for Defendant

**Order**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, it is ordered that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

IT IS SO ORDERED.

Dated: July 16, 2019

_____
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO REMAND