| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | EASTERN DISTRICT OF CALIFORNIA |
| DANIEL RYAN FAVREAU HAIGHT,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>    Defendant. | No. 1:18-CV-1353<br><br>STIPULATION AND ORDER FOR AWARD AND PAYMENT OF ATTORNEYS FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. §2412(d)) |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, subject to the approval of the Court, that Daniel Haight (Plaintiff) be awarded attorney fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412 (d), in the amount of four thousand eight hundred twenty-four dollars and twenty-nine cents ($4,824.29). This represents compensation for legal services rendered on behalf of Plaintiff by counsel in connection with the above-captioned civil action.

After the Court issues an Order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the

attorney fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the Order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt subject to offset, then the government shall cause the payment of fees approved to be made payable to Melissa Newel or Newel Law (collectively "Plaintiff's counsel"), pursuant to the assignment executed by Plaintiff. Any and all payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees in connection with this action.  This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. §406(b), subject to the provisions of the EAJA.

Respectfully submitted,

Dated: August 28, 2019        NEWEL LAW

By:   *Melissa Newel*
      Melissa Newel
      Attorney for Plaintiff
      DANIEL HAIGHT

Dated: August 28, 2019        MCGREGOR W. SCOTT
                              United States Attorney
                              DEBORAH LEE STACHEL
                              Regional Chief Counsel, Region IX
                              Social Security Administration

By:   Ellinor R. Coder*
      ELLINOR R. CODER
      (*Authorized by email dated 08/26/2019*)
      Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

It is hereby ordered that, pursuant to 28 U.S.C. § 2412, fees in the amount of four thousand eight hundred twenty-four dollars and twenty-nine cents ($4,824.29) be awarded subject to the terms of the above stipulation.

IT IS SO ORDERED.

Dated: August 31, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 204